**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

ALEX DION MANOR,                    :
                                    :
          Plaintiff,                :
                                    :
     v.                             :          CIVIL ACTION NO.: CV209-180
                                    :
GRAYSON P. LANE,                    :
                                    :
          Defendant.                :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).  The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 5 day of _____, 2010.


_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE